# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENDEAVOUR CAPITAL, INC., <br><br>　　　　　　　　　　　　Plaintiff, <br>　　vs. <br>HARRY GREY AND MARGARET BLAINE, <br><br>　　　　　　　　　　　　Defendants. | CASE NO. 01 CV 2345 JM (RBB) <br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

　　　　Plaintiff Endeavour Capital, Inc.'s request (Doc. No. 120) that the Court approve the substitution of Robert Crowder, Freeman, Freeman & Smiley LLP, as attorney of record in place and stead of Robert Crowder, Locke Lord Bissell & Liddell LLP is hereby **GRANTED**.

　　　　**IT IS SO ORDERED.**

DATED: September 25, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　All parties